AO 106 (Rev. 4/10) Affidavit for Search Warrant      AUSA Jennifer Chang, (312) 469-6151



FILED
10/19/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:      Case No. 22 M 817

the United States Mail package bearing tracking number 9405 5111 0810 0419 5977 74, further described in Attachment A

# APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Jazzy Pedregosa, a Task Force Officer of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

*Jazzy Pedregosa*
*Applicant's Signature*

JAZZY PEDREGOSA, Task Force Officer
U.S. Postal Inspection Service
*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: October 19, 2022

*Judge's signature*

City and State: Chicago, Illinois      JEFFREY CUMMINGS, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT    )
    )
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, Jazzy Pedregosa, being duly sworn, state as follows:

1. I am a Task Force Officer with the U.S. Postal Inspection Service ("USPIS"). I have been so employed since approximately April 2022.

2. As part of my duties as a Task Force Officer with USPIS, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

3. This affidavit is made in support of an application for a warrant to search United States Mail Parcel with Tracking Number 9405 5111 0810 0419 5977 74 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

I.     **FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL**

5.     On October 17, 2022, I inspected the **Subject Parcel** at a mail processing and distribution center located at 500 Fullerton Ave., Carol Stream, IL 60199 in Chicago, Illinois. The **Subject Parcel** was mailed on October 12, 2022, from Santa Clarita, 91383 and is addressed to "Patrick Frazier, 605 Wendt Ave., East Dundee, IL 60118," with a return address of "Boewhden Builders, 401 N. Kenwood St., Glendale, CA 91206." The **Subject Parcel** bears $9.00 in postage, measures approximately 8.7 inches by 5.4 inches, by 1.75 inches, and weighs approximately 12.04 ounces.

6.     I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

7.     First, I ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database. The database revealed that the recipient, Patrick Frazier, with listed address of 605 Wendt Ave., East Dundee, IL 60118, does associate with the listed address. However, the listed sender, Boewhden Builders, does not associate with the listed address of 401 N. Kenwood St., Glendale, CA 91206. The Kenwood Street address is a business building with multiple businesses. However, Boewhden Builders is not one of the businesses listed at that address. An open source search of "Boewhden Builders" revealed that there is no business with that exact spelling but there is a similar business known as "Bowden Builders Development Corps" out of Ramona, California. Based on my training and experience, fictitious

2

sender or receiver names, and fictitious return addresses, can indicate that the sender or receiver does not want to be associated with the parcel.

8. I observed that the **Subject Parcel** contains a signature waiver, meaning that the recipient does not have to sign for the parcel. Based on my training and experience, signature waivers can be a way for a receiver who does not want to be identified to avoid interacting with the Postal Service and being associated with the parcel.

9. The **Subject Parcel** was paid for through a third-party vendor, bitcoinpostage.info, which utilizes crypto currency. Neither the sender nor the recipient provided phone numbers on the label of the **Subject Parcel**. Further, the listed zip code on the sender address label is Glendale, CA 91206 and the parcel was first physically scanned by USPS at Santa Clarita, CA 91383, which is approximately 30 miles away. Based on my training and experience, individuals involved in receiving narcotics via mail attempt to disassociate themselves with the parcel's contents.

10. Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

11. On October 18, 2022, I arranged for a Des Plaines Police Department Canine Officer and their canine partner, "Jager," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Jager is certified annually by the

3

Illinois Law Enforcement Training and Standards Board as a narcotics dog. Jager was most recently re-certified on March 4, 2022. Jager is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, methamphetamine, and other controlled substances that could be contained inside. Jager is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. In addition, according to USPIS records, Jager has successfully alerted to controlled substances in U.S. Mail Parcels and letters on 204 occasions since January 2018, with a success rate of approximately 88%. To the best of my knowledge, the Des Plaines Police Department does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

12. On October 18, 2022, at the International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the workroom area. I then witnessed Jager examine the parcels and observed Jager alert by sitting next to the **Subject Parcel**. Jager did not alert to any of the other parcels. The Canine Officer informed me that Jager's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

## II. CONCLUSION

13. Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and

4

contraband relating to this criminal conduct, as further described in Attachment B, will be found in the **Subject Parcel**, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

    FURTHER AFFIANT SAYETH NOT.

*Jazzy Pedregosa*
Jazzy Pedregosa
Task Force Officer
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 19th day of October, 2022

*Jeff Cummings*
Honorable JEFFREY CUMMINGS
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The **Subject Parcel** is addressed to "Patrick Frazier, 605 Wendt Ave., East Dundee, IL 60118," with a return address of "Boewhden Builders, 401 N. Kenwood St., Glendale, CA 91206." The **Subject Parcel** bears $9.00 in postage, measures approximately 8.7 inches by 5.4 inches, by 1.75 inches, and weighs approximately 12.04 ounces. The **Subject Parcel** bears tracking number 9405 5111 0810 0419 5977 74.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence or instrumentalities of the **Subject Offense**; and

4. Items that identify the sender or receiver of the **Subject Parcel.**